# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3453
L.T. Case No. 2022-CA-000127

_____

ZAIDA M. VALENTIN,

    Appellant,

    v.

NATHAN WERNETH and
PROGRESSIVE SELECT
INSURANCE COMPANY,

    Appellees.

_____


On appeal from the Circuit Court for Seminole County.
Susan Weindorf Stacy, Judge.

Zaida M. Valentin, Orlando, pro se.

No Appearance for Appellees.

February 17, 2026

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____